FILED
CLERK, U.S DISTRICT COURT
AUG 2 4 2010
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

1
2
3
4
5
6
7
8            UNITED STATES DISTRICT COURT
9            CENTRAL DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      )    Case No.: SACR 10-00006
12              Plaintiff,          )    ORDER OF DETENTION AFTER
                                    )    HEARING
13        vs.                       )    [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C.
                                    )      § 3143(a)]
14  Walker, Andrea Dawn            )
15              Defendant.          )
16
17        The defendant having been arrested in this District pursuant to a warrant issued
18  by the United States District Court for the ____CD CA____,
19  for alleged violation(s) of the terms and conditions of his/her [probation] [supervised
20  release]; and
21        The Court having conducted a detention hearing pursuant to Federal Rule of
22  Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),
23        The Court finds that:
24  A.    (X) The defendant has not met his/her burden of establishing by clear and
25        convincing evidence that he/she is not likely to flee if released under 18 U.S.C. §
26        3142(b) or (c). This finding is based on _nature of alleg's, which_
27  _evid a lack of amenability to supervision;_
28  _apparent ongoing substance abuse problem; PMV_

1     _failures to appear_

2

3     and/or

4 B.   (X) The defendant has not met his/her burden of establishing by clear and

5     convincing evidence that he/she is not likely to pose a danger to the safety of any

6     other person or the community if released under 18 U.S.C. § 3142(b) or (c). This

7     finding is based on _pending criminal matter, and_

8     _substance abuse problem_

9

10

11

12

13     IT THEREFORE IS ORDERED that the defendant be detained pending further

14 revocation proceedings.

15

16 DATED: _8/24/10_

17                              ROBERT N. BLOCK
                                 UNITED STATES MAGISTRATE JUDGE